IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAYBREE FILLYAW, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:22-CV-1112-N (BH) |
| | ) | |
| COMMUNITY NATIONAL BANK & | ) | |
|  TRUST, et al., | ) | |
|     Defendants. | ) | Referred to U.S. Magistrate Judge[1] |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING
MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. The Court hereby finds and orders:

( )    The request for leave to proceed *in forma pauperis* on appeal is GRANTED.

(**X**)    The motion for leave to proceed *in forma pauperis* on appeal is DENIED because the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith. In support of this certification, the Court adopts and incorporates by reference the Findings, Conclusions, and Recommendation filed in this case on August 22, 2023. Based on those findings, this Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous.

(**X**)    Although this court has certified that the appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the plaintiff may challenge this finding pursuant to *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.

---

[1] By *Special Order No.* 3-251, this *pro se* case has been automatically referred for full case management.

**DATE: December 15, 2023.**

_____
**DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE**